ACCEPTED
01-15-00043-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 5:24:10 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00043-CR

| | | |
|---|---|---|
| DeJESUS FOBBS | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE FIRST DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT HOUSTON |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 5:24:10 PM
CHRISTOPHER A. PRINE
Clerk

STATE'S MOTION TO EXTEND THE TIME
FOR FILING THE STATE'S BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

The State of Texas respectfully requests that the time for filing its brief in this cause be extended. In support of this motion the State would show the Court the following:

Appellant pleaded not guilty to a jury and was convicted of possession of cocaine; he was assessed a sentence of confinement for ninety-nine years in TDCJ by the jury. Appellant is currently incarcerated. Appellant filed his brief on April 27, 2015, and the State's brief was due on first extension August 14, 2015. The State requests an extension of time to file its brief until September 14, 2015.

Counsel has good cause for the delay in filing this brief. Undersigned counsel has been retained as a special prosecutor by the Hardin County D.A.'s Office to prepare and file the brief and represent the State of Texas in this appeal, because that office does not have an appellate attorney. Undersigned counsel is the only appellate attorney in the Kaufman County D.A.'s office and has multiple other assignments there as well, as well as trial support. Counsel is also working on preparation for trial

Page 1

of a death penalty case, State v Charles Brownlow, in which jury selection was set to begin in August. Since the previous request for extension was filed, Brownlow's defense counsel have filed a suggestion of incompetence, which has occasioned additional unexpected hearings and research – the issue of incompetency is now set for jury trial September 14. Counsel's elderly relative who lived with counsel died June 29 of lung cancer after several weeks in ICU, and counsel had to spend more time than anticipated during the past six weeks dealing with the aftermath of that illness and death. In addition, counsel was ordered on July 17 to file a response to Respondent's motion for rehearing on denial of Respondent's petition for review in Texas Supreme Court cause number 15-0120 by July 22. Counsel just completed the brief in 02-14-00182-CR which is set for submission next week. Counsel is now working to assist in setting up truancy procedures in compliance with HB 2398, which is effective September 1. Counsel must complete the State's brief in 05-14-01073-CR before counsel can commence the brief in this case. One previous extension has been requested by the State in this matter.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the State's brief be extended until September 14, 2015.

Respectfully submitted,

David A. Sheffield
Hardin County District Attorney
P.O. Box 1409
Kountze, Texas 77625
(409) 246-5160

___/s/ Sue Korioth_____
by Sue Korioth
Special Prosecutor for Hardin County
State Bar Card No. 11681975
P.O. Box 600103
Dallas, Texas 75360
(214) 384-3864
suekorioth@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on Joel Bennett, Attorney for Appellant, 1100 Nasa Parkway, Suite 302, Houston, Texas 77058, joel@searsandbennett.com, by e-mail, on the 20th day of August, 2015, or by e-service if defense counsel is registered with an e-service provider.

__/s/ Sue Korioth_____
SUE KORIOTH